JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VALERIE WILDMAN,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | Case No. 5:24-cv-00092-MCS-JDE<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ORDERED, ADJUDGED, and DECREED that the action is dismissed without prejudice.

Dated: May 3, 2024

_____
MARK C. SCARSI
United States District Judge